**Charles W. WALKER, Sr.,
Petitioner—Appellant,**

v.

**Mildred RIVERA, Warden FCI Estill,
Respondent—Appellee.**

No. 11–7425.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2012.

Decided: March 1, 2012.

Charles W. Walker, Sr., Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before SHEDD, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Walker, Sr. appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Walker v. Rivera,* 820 F.Supp.2d 709 (D.S.C.2011). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*